UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:18-03697 PSG (ADS)  Date: November 5, 2019

Title: *Toyrion Green v. Warden L. Montgomery*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):  Attorney(s) Present for Respondent(s):
None Present  None Present

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

    On May 2, 2018, Petitioner Toyrion Green filed a Petition for Writ of Habeas Corpus by a Person in State Custody. [Dkt. No. 1]. On March 14, 2019, this Court granted Petitioner's Motion for Stay to allow Petitioner to exhaust his unexhausted claims in state court. [Dkt. No. 15]. In addition, the Court ordered Petitioner to file a brief status report informing the Court of the status of his state habeas petition every sixty (60) days. [Id.].

    Petitioner has not filed a status report or otherwise communicated with the court since August 14, 2019, over eighty days ago. Petitioner is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute this claim and/or follow orders to update the court on the status of Petitioner's exhaustion efforts, **by no later than December 5, 2019.**

    Petitioner may respond to this order by filing a status report or, if Petitioner no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). The Clerk of Court is directed to

attach a Notice of Dismissal Form (CV-009) to this Order for Petitioner's convenience.

**　　　Petitioner is cautioned that failure to timely file a response will result in a recommendation that this action be dismissed for failure to prosecute and/or obey court orders pursuant to Federal Rule of Civil Procedure 41(b).**

**　　　IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Clerk kh