UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:18-03697 PSG (ADS)     Date: February 7, 2020

Title: *Toyrion Green v. Warden L. Montgomery*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

**I.     BACKGROUND**

On March 14, 2019, the Court granted Petitioner Toyrion Green's Motion for Stay to allow him to exhaust his unexhausted claims in state court, after Petitioner acknowledged that three of his five grounds were unexhausted.  [Dkt. Nos. 14, 15]. Petitioner was ordered to file a state habeas petition in each state court until he fairly presented his unexhausted claim to the California Supreme Court, to file brief status reports every sixty days after filing the state habeas petition, and to file a status report with a copy of any decision on his state habeas petition within fourteen days of a decision.  [Dkt. No. 15, p. 4].  Thereafter, Petitioner filed three status reports with the Court but stopped communicating with the Court after August 14, 2019.  [Dkt. Nos. 16, 20, 21].

On November 5, 2019, the Court issued an Order to Show Cause Re: Dismissal, ordering Petitioner to show cause why this action should not be dismissed for failure to prosecute his claims and/or follow orders to update the court on the status of Petitioner's exhaustion efforts.  [Dkt. No. 22].  On November 14, 2019, instead of filing a status report or other response, Petitioner filed a Motion for Extension of Time.  [Dkt. No. 23].

On November 21, 2019, the Court issued an Order Granting Petitioner's Motion for Extension of Time to file a brief status report regarding the status of his state habeas

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:18-03697 PSG (ADS)   Date: February 7, 2020

Title: *Toyrion Green v. Warden L. Montgomery*

petition. [Dkt. No. 24]. The Court ordered Petitioner to file a status report by January 20, 2020. [Id.]. To date, Petitioner has not responded.

A review of the California Appellate Courts Case Information website reveals that Petitioner's state habeas corpus petition was denied by the California Court of Appeal on September 20, 2019. See California Appellate Courts Case Information, http://appellatecases.courtinfo.ca.gov. Petitioner has not filed a petition for review with the California Supreme Court since his direct appeal in 2016 and it appears that Petitioner's time to file a petition for review of his state habeas petition has passed. Id.; Cal. R. 8.104, 8.500.

## II.   PETITIONER'S OPTIONS

This action has been stayed for approximately eleven months and Petitioner has been able to file status reports during that time. However, Petitioner has not filed a status report since August 14, 2019, and the Petition remains mixed and thus subject to dismissal for lack of exhaustion. Petitioner is hereby ordered to show cause why this case should not be dismissed for failure to prosecute and to follow court orders.

Petitioner has the following options:

### 1. Option 1

Petitioner may file a statement that he wishes to continue to stay the case in order to exhaust his unexhausted claims, for the Court's consideration. Petitioner must explain whether he has filed a petition for review with the California Supreme Court and, if not, if and when he will seek review of his denied state habeas petition by that court.

### 2. Option 2

Petitioner may file a motion to lift the stay and to voluntarily dismiss the unexhausted portions of the Petition, i.e. Grounds Three, Four, and Five, and elect to proceed on the remaining claims. If this option is selected, the Court will order Respondent to answer Grounds One and Two.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:18-03697 PSG (ADS)  Date: February 7, 2020

Title: *Toyrion Green v. Warden L. Montgomery*

To select Option 2, Petitioner must (a) clearly state he is selecting Option 2, (b) file a motion to lift the stay, and (c) clearly state he is voluntarily dismissing Grounds Three, Four, and Five. The Court advises Petitioner, however, that if Petitioner selects Option 2, any future habeas petitions containing other claims that could have been raised in the Petition may be rejected as a second or successive petition under 28 U.S.C. § 2244(b) and/or may be time-barred.

### 3. **Option 3**

If Petitioner no longer wishes to pursue the Petition, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Petitioner's convenience.

### III. **CONCLUSION**

Petitioner is ordered to file a response **by February 21, 2020**, specifying which of the options he wishes to pursue. The failure to file a timely response selecting one of the three options will be considered noncompliance with the Court's orders. **This will be Petitioner's last chance to comply with the Court's orders.**

**Petitioner is expressly warned that failure to file a response will result in a recommendation lifting the stay and that this action be dismissed as a mixed petition, for failure to prosecute, and/or for obey court orders pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

Initials of Clerk kh